

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00206-CV

———————————————

GARY PAHUJA A/K/A GAURAV PAHUJA, Appellant

V.

DIMENSIONAL STONE GROUP, INC. D/B/A FORTUNA GRANITOS
CORPORATION, Appellee

On Appeal from the 153rd District Court
Tarrant County, Texas
Trial Court No. 153-310407-19

Before Sudderth, C.J.; Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's "Amended Notice of Settlement and Agreed Motion for Voluntary Dismissal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  January 7, 2021